In the Matter of FLEETWOOD ACRES, INC., Appellant-Respondent, against NATIONAL LIFE INSURANCE COMPANY, Respondent-Appellant.— Special proceeding to compel the holder of a mortgage, insured by the Federal Housing Administrator, to execute an assignment of the mortgage. The mortgage contract was entered into prior to the enactment of the amendment to section 275 of the Real Property Law by chapter 831 of the Laws of 1940. The amendment exempts mortgages thus insured from assignment. Resettled final order dismissing the petition on the merits, insofar as appealed from, and judgment dismissing the petition and awarding costs, unanimously affirmed, with $10 costs and disbursements to respondent-appellant. No opinion. The cross appeal from the part of the order which, it is claimed, denies the motion to dismiss the proceeding on the ground that the court lacks jurisdiction, power and authority to entertain it, is dismissed, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Aldrich, JJ. [186 Misc. 299.]

In the Matter of JOHN FRANCO, Respondent, against CITY OF NEW YORK, Appellant.— The respondent was injured as a result of the alleged negligence of the City of New York. He did not serve a notice within sixty days after the claim arose, as required by section 50-e of the General Municipal Law. (L. 1945, ch. 694.) Two days after the expiration of such period the respondent moved at Special Term for an order granting leave to him to serve a proposed notice of claim within a reasonable time, on a ground set forth in subdivision 5 of the section, namely, physical incapacity and inability to serve a notice in time. Order granting the motion reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, without costs. The respondent's arm was in a cast for a portion of the sixty-day period, but there is no showing that he was incapacitated within the meaning of subdivision 5 of section 50-e of the General Municipal Law, and and it is not within the court's discretion to extend the period for service. Lewis, P. J., Hagerty, Johnston, Adel and Nolan, JJ., concur.